

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00039-CV

_____

INTERNATIONAL PAPER COMPANY, TIMBERSTAR
TEXARKANA I & II, L.P., Appellants

V.

BARBARA KERSTETTER, ET AL., Appellees

On Appeal from the 115th Judicial District Court
Marion County, Texas
Trial Court No. 0200157

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

International Paper Company and Timberstar Texarkana I & II, L.P., appellants, have filed with this Court a motion to dismiss their pending appeal in this matter. The appellants represent to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 4, 2008
Date Decided:       June 5, 2008

2